```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

          **v.**          **Civil No. 08-5158**

**DEANA V. MOON, a.k.a.**
**DEANA OSBURN**                                                      **DEFENDANT**

### DEFAULT JUDGMENT

On November 25, 2008, the Court Clerk entered a default against Defendant Deana V. Moon. Upon consideration of Plaintiff's motion and affidavit in support of default (documents #4 and #6), IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff United States of America is granted a default judgment. Accordingly, Plaintiff shall have and recover from Defendant Deana V. Moon, judgment in the amount of **$5,412.24,** plus the costs of this action totaling **$370.00** ($350.00 filing fee and $20.00 docket fee pursuant to 28 U.S.C. § 1920).

This judgment shall bear interest from this date until paid at the rate of 0.50% per annum.

**IT IS SO ORDERED** this the 16th day of December 2008.

                                      **/s/ Jimm Larry Hendren**
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**